UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUN 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ALFRED DANA III,**

Plaintiff,

v.  **CASE NO. 95-6611-CIV-GONZALEZ**

**L.A. GEAR, INC.,**

Defendant.

### FINAL ORDER

This Cause has come before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed June 8, 2000.

Having reviewed the Notice and the record in this matter, and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All motions not otherwise ruled on are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 26th day of June 2000.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: Counsel

**FINAL ORDER**

194